THE HONORABLE JAMES L. ROBART
Trial Date: April 8, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KERRY HEAPS and LISA MEADOR, individually and the marital community thereof,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GEICO, Secure Insurance Company, a foreign corporation doing business in the State of Washington,<br><br>　　　　　　　　　　　　Defendant. | No. 2:17-cv-01737-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01737-JLR) – 1
ys/AED6710.262/3101610x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 7th day of January, 2019.

By *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA #32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Facsimile: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant

DATED this 7th day of January, 2019.

By *s/Carrie Coppinger Carter*
Carrie Coppinger Carter, WSBA # 28817
Coppinger Carter, P.S.
100 Central Avenue
Bellingham, WA 98225
Phone: 360-676-7545
Facsimile: 360-306-8369
Email: ccc@coppingercarter.com
Of Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01737-JLR) – 2
ys/AED6710.262/3101610x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 8th day of January, 2019.

_____
JUDGE/COURT COMMISSIONER

Presented by:

By _s/Alfred E. Donohue_
　　Alfred E. Donohue, WSBA #32774
　　Wilson Smith Cochran Dickerson
　　901 Fifth Avenue, Suite 1700
　　Seattle, WA 98164
　　Phone: 206-623-4100
　　Facsimile: 206-623-9273
　　Email: donohue@wscd.com
　　Of Attorneys for Defendant

Approved as to form; notice of presentation waived:

By _s/Carrie Coppinger Carter_
　　Carrie Coppinger Carter, WSBA # 28817
　　Coppinger Carter, P.S.
　　100 Central Avenue
　　Bellingham, WA 98225
　　Phone: 360-676-7545
　　Facsimile: 360-306-8369
　　Email: ccc@coppingercarter.com
　　Of Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01737-JLR) – 3
ys/AED6710.262/3101610x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273